UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY BAKER,

          Plaintiff,

    v.

JO ANNE BARNHART,

          Defendant.

CASE NO. C05-2105JLR

ORDER

      This matter comes before the court on Plaintiff Jeffrey Baker's motion for attorney's fees, expenses, and other costs (Dkt. # 21) under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d) ("EAJA"). The court has reviewed the motion, supporting documentation, Defendant's response (Dkt. # 22), and Mr. Baker's reply (Dkt. # 23).

      The parties agree that Mr. Baker meets the statutory requirements for an award of fees and costs under the EAJA. The court finds that Mr. Baker's request for attorney's fees in the amount of $8,082.51, expenses in the amount of $58.72, and costs in the amount of $71.25 is reasonable.

ORDER – 1

The court GRANTS Mr. Baker's motion (Dkt. # 21) and orders Defendant to issue a check in the amount of $8,212.48 made payable directly to Mr. Baker's attorney, Robert A. Friedman, on behalf of Mr. Baker.

DATED this 8th day of November, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2